

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00406-CV

Moises **RODRIGUEZ** and Moses Property Investments, LLC,
Appellants

v.

**SAN ANTONIO DBX ESTATE INC.**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2019CV08532
Honorable John Longoria, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of the appeal are taxed against appellants.

SIGNED December 23, 2020.

_____
Rebeca C. Martinez, Justice